# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSICA HALL | § § § | |
| VS. | § § § | CIVIL ACTION NO._____ |
| KAITLYN SIMPSON AND CRETE CARRIER CORPORATION | § § § | |

### DEFENDANT CRETE CARRIER CORPORATION'S CONSENT TO AND JOINDER IN REMOVAL

| | |
|---|---|
| STATE OF NEBRASKA | § § |
| COUNTY OF Lancaster | § § |

BEFORE ME, the undersigned authority, on this day personally appeared, Curtis Kuwe and upon his oath, deposes and states as follows:

1. "My name is Curtis Kuwe. I am over the age of eighteen years, am of sound mind, and suffer from no legal disabilities. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. My position with Defendant Crete Carrier Corporation is Assoc. General Counsel. As such I am fully authorized to enter this consent on behalf of the company.

3. It is my understanding that Defendant Kaitlyn Simpson intends to remove this matter from state court to federal court. Specifically, Defendant Kaitlyn Simpson intends to remove this matter from the 14th Judicial District Court of Dallas County, Texas to the Dallas Division of the Northern District of Texas.

4. I consent and hereby join the removal of this action from state court to federal court.


FURTHER AFFIANT SAYETH NOT"

Signed on this 26 day of November, 2013.

_[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME on this 26th day of November, 2013.

_[signature]_
Notary Public, State of Nebraska

GENERAL NOTARY - State of Nebraska
SHELLY HURST GOLDRICH
My Comm. Exp. March 24, 2016

Shelly Hurst Goldrich
Printed name:

March 24, 2016
Commission Expires